No. 16-2306

# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

**MMM HEALTHCARE, INC.; PMC MEDICARE CHOICE, INC.**
Plaintiffs-Appellants

v.

**THE COMMONWEALTH OF PUERTO RICO;**
**OFFICE OF THE INSURANCE COMMISSIONER OF PUERTO RICO;**
**ANGELA WEYNE-ROIG**, Insurance Commissioner of Puerto Rico
Defendants-Appellees

## JOINT MOTION PRESENTING STATUS REPORT

**COME NOW** Plaintiffs-Appellants, MMM Healthcare, Inc. and PMC Medicare Choice, Inc., hereinafter "Appellants" or "MMM," and Defendants-Appellees the Commonwealth of Puerto Rico, Office of the Insurance Commissioner and Angela Weyne-Roig, hereinafter "Appellees" or "Commonwealth" and respectfully aver and pray:

1. On March 1st, 2018, the Honorable Court issued an order holding that the instant appeal be held in abeyance pending further proceedings in the Commonwealth of Puerto Rico's Title III case for the protective lifting of the automatic stay. The Court also ordered the parties to file a joint status report with this court.

2. It is respectfully informed that on March 15th, 2018, the Appellants filed a Petition for Rehearing En Banc as to the Court's Order Staying the Current Proceedings, which remains under advisement.

WHEREFORE the Appellants and the Appellees respectfully request that the Honorable Court take note of the above.

Respectfully submitted.

In San Juan, Puerto Rico, this 13th day of June of 2018.

**I HEREBY CERTIFY:** that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to attorneys of record to their respective e-mail addresses of record.

*s/ Harry Anduze Montaño*
USCA No. 15997
*s/ José A. Morales Boscio*
USCA No. 82639
Harry Anduze Montaño
José A. Morales Boscio
1454 Fernández Juncos Ave.
San Juan, PR 00909
Tel.: (787) 723-7171
Fax: (787) 723-7278
handuze@microjuris.com
jmoralesb@microjuris.com
*Attorneys for Plaintiffs-Appellants*
*MMM Heathcare, LLC and*
*PMC Medicare Choice, LLC*

*s/ Luis J. López Valdés*
Luis J. López Valdés
Acting Assistant Solicitor General
Department of Justice
P.O. Box 9020192
San Juan, PR 00902-0192
Tel.: (787) 721-2900, Ext. 2034
Fax: (787) 724-3380
llopez@justicia.pr.gov